# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2013

### NO.  03-11-00512-CV

**Christopher Zaal, Appellant**

**v.**

**Texas Department of Insurance, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, FIELD, AND ABOUSSIE\*
AFFIRMED -- OPINION BY JUSTICE ABOUSSIE**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the district court's judgment:

**IT IS THEREFORE** considered, adjudged and ordered that the district court's judgment is in all things affirmed.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.

  \*Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b)